LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Ian Leigh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Leigh,<br><br>        Plaintiff,<br><br>vs.<br><br>Tate Kirlin Associates, Inc,<br><br>        Defendants. | Case No.: 2:10-cv-02749-FCD-KJN<br><br>**NOTICE OF SETTLEMENT** |

1  Please take notice that the parties to the above entitled lawsuit have reached
2
3 a settlement of the entire case. The parties will file a stipulation for Dismissal with
4 Prejudice within twenty (20) days.
5
6
7 DATED: February 24, 2011
8
9
10
11 By:*/s/Lara Shapiro*
Lara Shapiro, Esq.
12 Attorney for Plaintiff,
Ian Leigh
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# FEDERAL COURT PROOF OF SERVICE
Ian Leigh v. Tate Kirlin Associates, Inc.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 4145 Via Marina # 324, Marina del Rey, CA 90292. I am a member of the bar of this Court.

On February 24, 2011, I served the following document(s): **NOTICE OF SETTLEMENT**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Tom Larkin
Tate Kirlin Associates, Inc.
2810 Southampton Rd.
Philadelphia, PA, 19154
tlarkin@tate-kirlin.com


The documents were served by the following means:

[X]   (BY E-MAIL) The above document was delivered to the persons above by E-mail to the e-mail address noted above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 24, 2011, at Los Angeles, California.

By: _s/ Lara Shapiro