IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IAN LEIGH,

      Plaintiff,                    No. CIV S-10-2749 KJM-KJN

    vs.

TATE & KIRLIN ASSOCIATES, INC.,

      Defendant.                <u>ORDER</u>

        On February 24, 2011, the court issued a minute order ordering the parties to file dispositional documents by March 16, 2011. (ECF 8.) The parties to this action have not complied with the court's order.

        Accordingly, counsel for the parties are hereby ordered to show cause within fourteen days of the date of this order why sanctions should not be imposed against counsel and/or the parties for their failure to comply with the court's order.

        IT IS SO ORDERED.

DATED: March 28, 2011.

UNITED STATES DISTRICT JUDGE

1