IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IAN LEIGH,

    Plaintiff,   No. CIV S-10-2749 KJM-KJN

  vs.

TATE & KIRLIN ASSOCIATES, INC.,

    Defendant.   <u>ORDER</u>

_____/

        On March 28, 2011, the court issued an order to show cause regarding the parties' failure to file dispositional documents in accordance with a previous court order. (ECF 9.) Plaintiff's counsel filed a responsive declaration and notice of voluntary dismissal on March 29, 2011. (ECF 10 & 11.) Accordingly, the order to show cause is hereby DISCHARGED and the Clerk of the Court is DIRECTED to CLOSE this case.

        IT IS SO ORDERED.

DATED: March 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

1